1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8    MARIA PENA,

9              Plaintiff,                    CIV. NO. S-11-1761 LKK CKD PS

10        vs.

11   WELLS FARGO BANK NA, et al.,            ORDER AND

12             Defendant.                    ORDER TO SHOW CAUSE

                                    /

13

14             Plaintiff is proceeding pro se in this action, referred to the undersigned pursuant to

15   Local Rule 302(c)(21).  Defendants' motion to dismiss is presently noticed for hearing on the

16   September 7, 2011 law and motion calendar of the undersigned.  Opposition to motions, or a

17   statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing

18   date.  E.D. Cal. L. R. 230(c).  Court records reflect that plaintiff failed to timely file opposition or

19   a statement of non-opposition to the motion.

20             Failure to comply with the Local Rules "may be grounds for imposition by the

21   Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

22   Court."  E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995).

23   Additionally,  "[n]o party will be entitled to be heard in opposition to a motion at oral arguments

24   if written opposition to the motion has not been timely filed."  E.D. Cal. L. R. 230(c).  Pro se

25   litigants are bound by the rules of procedure, even though pleadings are liberally construed in

26   their favor.  King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987); Jacobsen v. Filler, 790 F.2d 1362,

                                         1

1364-65 (9th Cir.1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

Good cause appearing, IT IS HEREBY ORDERED that:

1.  The hearing date of September 7, 2011 is vacated.  Hearing on defendants' motion is continued to October 12, 2011 at 10:00 a.m. in courtroom no. 26.

2.  Plaintiff shall show cause, in writing, no later than September 21, 2011 why sanctions should not be imposed for failure timely to file opposition or a statement of non-opposition to the pending motion.

3.  Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than September 21, 2011.  Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

4.  Reply, if any, shall be filed no later than September 28, 2011.

Dated: August 25, 2011

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
pena.nop.con